AO 91 (Rev. 08/09) Criminal Complaint

FILED
OCT 23 2026
Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

United States of America
v.

WILLIE JOSEPH HORN III
*Defendant(s)*

Case No. 26-mj-840-SH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 2020 to May 2022 in the county of Tulsa in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2251(a) | Production of Child Pornography |
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Receipt/Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Special Agent Gabriela Dye, FBI
*Printed name and title*

Sworn to before me by phone.

Date: 10/23/26

[signature]
*Judge's signature*

City and state: Tulsa, OK

Susan E. Huntsman, United States Magistrate Judge
*Printed name and title*

**Affidavit in Support of an Arrest Warrant**
**in the Northern District of Oklahoma**

I, Gabriela Dye, being duly sworn under oath, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since 2019. As a result of my employment with the FBI, my duties include, but are not limited to, the investigation and enforcement of child sexual exploitation and child pornography crimes, to include violations of 18 U.S.C. §§ 2251(a) production of child pornography and 2252(a)(2) distribution of certain material involving the sexual exploitation of a minor. I have received training in training in the area of child pornography and child sexual exploitation as well as specialized instruction on how to conduct investigations of child sexual exploitation and child pornography crimes.

2. As part of my duties as a Special Agent, I also investigate criminal violations relating to crime in Indian Country, to include violations of 18 U.S.C. § 2243(a) sexual abuse of a minor in Indian Country. I have received training in the area of child pornography and child sexual exploitation as well as specialized instruction on how to conduct investigations of child sexual exploitation and child pornography crimes.

3. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations and training and experience as a Special Agent for the FBI. This

affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. It is my belief that Willie Joseph Horn III ("Willie"), DOB xx-xx-1998; SSN xxx-xx-7616, violated18 U.S.C. §§ 2251(a) (Production of Child Pornography) and (Receipt/Distribution of Child Pornography). The above offenses occurred within the Northern District of Oklahoma and Willie Horn is an enrolled member of the Muskogee Creek Nation.

**PROBABLE CAUSE**

5. In May 2022, a reliable foreign partner referred information to the FBI regarding a child pornography series that depicted an approximately two-year old female victim (hereinafter "Victim") being sexually abused by an adult female subject (Subject 1 – "S1"). The series was named "SpiralTattoo", and it was originally located on the messaging application Signal, which is an end-to-end encrypted application.

6. In August 2022, additional videos depicting the minor victim and S1 were discovered on the dark web. These files include a male subject (Subject 2 – "S2"), sexually abusing the minor victim with S1. S2 has distinguishing freckles all over his body, including his arms and chest. He is seen clean-shaven, with dark hair, but his face is not visible in the media.

7. On October 21, 2026, FBI headquarters provided media files, which included 66 images and 11 videos, associated with the minor victim of the SpiralTattoo series to FBI Tulsa. Among those media files were:

- **F60ef33c6759e81c6e834914b22bb1ec.jpg** – This image depicts an adult, likely a female, rubbing her little finger on the genitalia of the minor victim of the SpiralTattoo series. A ring, likely a wedding band, is on the adult's ring finger. The adult's finger and the minor victim's genitalia are partially covered by a caption that reads: "DM TO BUY FULL FOLDER LINK FULL VIDEO AVAILABLE RN <emoji of a rainbow>". The caption indicates that one or more individuals were selling the images and/or videos of the minor victim's sexual abuse.
- **3.mp4** – This 18-second video depicts a naked adult male laying on mattress and holding the minor victim, who is naked, as she is seated on his genitalia. The adult male moves the minor victim in a manner that causes his penis to rub against her genitalia. The minor victim can be heard crying in the video. The voice of an adult female, who might have filmed this video, can be heard saying, "Rub your little baby pussy on that cock. Come on, spread those lips open." As she says the aforementioned words, the adult female opens the minor victim's labia, and the adult male's penis appears to enter the minor victim's vagina. As the child continues to cry, the adult female slaps the minor victim on her head and says, "Shut up!"
- **4.mp4** – This six-second video depicts the same minor victim and adult male laying naked on a mattress. The adult male places the minor victim's genitalia over his face and inserts one of his fingers into her vagina as she is

crying. The adult female who is likely filming the video can be heard saying, "Oh yeah. Oh yeah. Don't go so deep. Don't go deep baby." The male responds saying something to the effect of "I'm not going deep.""

- **752705331.806673-1698115292.mp4** – This 59-second video depicts the minor victim naked and a naked adult female. In the beginning of the video, the adult female repeatedly inserts a pink object into her vagina and asks the minor victim, "Squirt it on? You want it, huh? You want it?" After removing the pink object from her vagina, the adult female rubs her genitalia with one of her hands and then uses that hand to rub her vaginal fluid on the minor victim's face. The adult female then tells the minor victim, "Cover you in my fucking squirt. Cover you in it." At the end of the video, the adult female orders the victim to lay down and tells her, "Open your pussy." The adult female then rubs her left little finger on the minor victim's genitalia. The minor victim then begins crying, and the adult female screams, "Shut up." A ring, likely a wedding band, is on the adult female's left ring finger. Additionally, a tattoo can be partially and briefly seen on the adult female's left forearm. The image file titled **F60ef33c6759e81c6e834914b22bb1ec.jpg** might have been a screenshot of from this video since it depicts the same adult female, wearing the same ring, rubbing her little finger into the child's genitalia.
    - A YouTube video can be heard in the background of the video titled 752705331.806673-1698115292.mp4. FBI personnel were able to

determine the YouTube video was released in May 2020, leaving a possible production timeline of May 2020 to May 2022. Based on Victim's appearance and date of birth, it is likely the child sexual abuse material was produced in late 2020 or early 2021.

8. Based on video analysis by FBI personnel and Victim's appearance and date of birth, it is likely the child sexual abuse material was produced in late 2020 or early 2021.

9. On October 21, 2026, searches in an open-source image repository identified a seven year old female, hereinafter Minor Victim 1 or MV1 whom appeared to be a visual match to Victim depicted in the SpiralTattoo series. MV1 is the daughter of D.H. (DOB: XX/XX/1995) of Tulsa County and within the Northern District of Oklahoma. Open-source research and Oklahoma DHS records indicate D.H. has lived in Tulsa County, Oklahoma, Northern District of Oklahoma, since 2000.

10. Facial comparisons between the SpiralTattoo series victim and MV1 were visually consistent, including ear comparisons. The original result image identifying MV1 as visually similar was posted to Instagram by Dakota Horn ("Dakota", DOB: XX/XX/2001)[1]. Additional open-source searches through Dakota's social media located many images of MV1 that were consistent with the SpiralTattoo series victim.

---

[1] That Instagram post can be found at https://www.instagram.com/p/CWR8mzPAkP1/.

11. Images of Dakota from February 2023 depict her with a left arm tattoo that is consistent with the arm tattoo seen on S1 as well as the arm tattoo seen on the female in the video titled 752705331.806673-1698115292.mp4 (described in Paragraph 16). Dakota is the mother of four children. The father of her youngest child is D.B., who is her current partner. The father of Dakota's older three children is her ex-husband, Willie Joseph Horn III ("Willie", DOB: XX/XX/1998). Queries on social media for Willie depict him as visually consistent with S2, with freckles that appear to be in the same locations as the subject. Additionally, searches through Dakota and Willie's social media located images that show items that are nearly identical to the items seen in the media depicting child pornography involving MV1. Examples of the nearly identical items include:

- A Facebook post by Dakota on February 14, 2022, shows a photograph of Willie sleeping on a mattress with an infant child, likely a biological child of Willie and Dakota. The bedsheet present in the Facebook post appears to match the bedsheet observed in some of the child pornography videos depicting MV1 being sexually abused by both S1 and S2 in the SpiralTattoo series.
- A Facebook post by Dakota on February 22, 2023, shows a photograph of Dakota on a hospital bed touching a newborn child. The tattoo on Dakota's left forearm closely resembles the tattoo on the left forearm of the adult female (S1) who sexually abused MV1 in many of the child pornography videos.

- A Facebook post by Dakota on February 25, 2022, shows Dakota holding an infant child. The wedding band on Dakota's left ring finger closely matches the wedding band seen on the adult female (S1) who sexually abused MV1 in many of the child pornography videos. This post was also made around the same time the child pornography videos of MV1 are believed to have been created.

12. An investigation by the Oklahoma Department of Human Services (DHS), documented in DHS referral number 2364951, involved an interview of D.H. on January 22, 2024. During the interview, D.H. informed the DHS investigator that she resided at 10451 S James Street, Jenks, OK 74037, and she was a friend of Willie and Dakota's family. D.H. explained that she had previously worked with Willie at Braum's, and Willie and Dakota used to watch D.H.'s daughter, MV1, for a while. D.H. last saw them between three weeks to a month ago. D.H. stated that Dakota interacted and played with children a lot.

13. Based on open-source research, law enforcement databases, and historical DHS reporting, Investigators identified Willie's primary contact phone number as 918-815-9607 and an associated email as whorn.1231@gmail.com. On October 21, 2026, a query of cyber tipline reports (CTR) generated by the National Center for Missing and Exploited Children (NCMEC) revealed multiple CTRs to include 41428285 originally reported by Tumblr and 81466873originally reported by Facebook that were tied to the identified phone number and or email. Investigators subsequently requested the flagged media from NCMEC for each CTR and

confirmed the presence of Child Sex Abuse Material (CSAM). An example of the information provided by NCMEC has been provided below:

- Per NCMEC CTR 81466873 reported to NCMEC by Facebook on October 16, 2020, Facebook user "Willie Horn III" with email address whorn.1231@gmail.com,date of birth XX/XX/1998, and phone number (918) 815-9607 shared the following messages with Facebook user "Dakota Lynn" with date of birth XX/XX/2001:
    - Willie Horn III: <emoji of a heart with an arrow through it>
    - Willie Horn III: <emoji of a heart with an arrow through it>
    - Dakota Lynn: "Baby!"
    - Willie Horn III: Shared an image. Per NCMEC CTR 81466873, the image was identified as a match to a previously reported child sexual exploitation image on NCMEC's hash list.
    - Dakota Lynn: "Wtf"
    - Dakota Lynn: "Willie!"
    - Dakota Lynn: "Whatever"

14. Search warrants were authorized and executed on the residences of Willie in the Northern District of Oklahoma (*see* 26-mj-832-34-sh) and Dakota in the Eastern District of Oklahoma (*see* 26-mj-325-glj). In a post-Miranda interview, Dakota provided that she and Willie met in September 2019, moved in together in August 2020 and got married in 2021. Dakota and Willie lived at the Aspen Village Apartments, 1947 W Houston St, Broken Arrow, Oklahoma 74012, in the Northern

District of Oklahoma from 2020 to approximately 2023 or 2024. In a post-Miranda interview, Willie confirmed his date of birth as XX/XX/1998, his phone number as (918) 815-9607, and his email as whorn.1231@gmail.com. He said he and Dakota originally met in or around 2019-2020 and started dating shortly thereafter. Willie worked at Braum's during that time and introduced Dakota to D.H. who was one of his co-workers. Dakota and D.H. quickly became friends, and so when D.H. ran into childcare issues with MV1, Willie and Dakota offered to help. D.H. agreed, and from around 2021-2022, she routinely paid Dakota to look after MV1 at her and Willie's apartment located at the Aspen Village Apartments which is within the Northern District of Oklahoma.

15. During the interview, Willie was shown multiple sanitized stills taken from videos within the SpiralTattoo series and confirmed they appeared to depict MV1. He also indicated the left forearm tattoo observed on S1 appeared to match a tattoo on Dakota's left forearm, and that the furniture observed in the background of the CSAM also matched the furniture observed in a picture Dakota took from inside their apartment. Additionally, Investigators played portions of the audio associated with the previously described "4.mp4" (ref. para. 7) for Willie in which he identified Dakota as the female voice.

16. When presented with the fact his phone number, email, and social media accounts were associated with the distribution of CSAM as indicated in the CTRs and that by his own identification MV1 appeared to have been abused by his wife in their apartment, Willie denied having any knowledge or involvement. In a

post-Miranda interview with Dakota however, Dakota admitted to producing CSAM featuring MV1, distributing the material to Willie, and identified him as S2 in the SpiralTattoo series. She also was aware Willie viewed and distributed CSAM to others on the internet throughout their relationship, to include on Tumblr and Facebook.

17. Willie and Dakota had direct access to MV1., the bed sheets observed in the videos of MV1 being sexually abused by an adult male (S2) closely resemble the bed sheets Willie used while sleeping, Dakota knowingly received child pornography from Willie, the tattoo on Dakota's left forearm closely resembles the tattoo on the left forearm of the adult female (S1) who was sexually abusing MV1 in many of the child pornography videos, and the wedding band on Dakota's left ring finger closely matches the wedding band seen on the adult female (S1) who was sexually abusing MV1 in many of the child pornography videos. Based on the aforementioned facts, I submit that probable cause exists to believe that Willie is S2, and along with Dakota, he sexually abused MV1 and used MV1 to produce child sexual abuse material, and distributed child sexual abuse material.

## CONCLUSION

Based on the information set forth in this affidavit, I submit there is probable cause to believe an Indian male known as Willie Joseph Horn III ("Willie"), DOB xx-xx-1998; SSN xxx-xx-7616, has violated 18 U.S.C. § 2251(a) (Production of Child Pornography) and 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Receipt/Distribution of Child

Pornography) and that the above offenses occurred within the Northern District of Oklahoma.

Respectfully submitted,

Gabriela Dye
Special Agent
Federal Bureau of Investigation

Subscribed and sworn via phone on the 23rd day of October, 2026.

SUSAN E. HUNTSMAN
UNITED STATES MAGISTRATE JUDGE