**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Willie Joseph Horn, III,<br><br>Defendant(s). | Case No.: 26-mj-00840-SH-1<br>Date: 11/2/2026<br>Court Time: 02:25 PM – 02:54 PM<br><br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Mark T. Steele, U.S. Magistrate Judge    A. Nance, Deputy Clerk    Courtroom 5

Interpreter: ______________________ Sworn

Counsel for Plaintiff: Alicia Hockenbury; Adam Bailey for

Counsel for Defendant: Edward Blau Appt.

Case called for: ☒ Detention Hearing, ☒ Preliminary Hearing;

☒ Defendant appears in custody with counsel;

Defendant waives: ☒ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;

☐ Government withdraws their Motion for Detention # 3 ;

☐ Defense counsel stipulates there is probable cause;

☒ Proffer(s) made;

☒ Witness(es) sworn and testimony given;

☒ Arguments heard;

☐ Court Finds Probable Cause;

Motion for Detention (Dkt # 3 ): ☒ granted, ☐ denied, ☐ moot;

☐ Court finds there are conditions which defendant can be released; Defendant ordered released;

☐ Bond set at ______________________ Bond and Conditions of Release executed;

☒ Defendant detained and remanded to custody of U.S. Marshal, ☒ Detention Order to be entered;

☐ Exhibit(s) returned to counsel.

Additional Minutes:

Government's Witnesses:

Defendant's Witnesses:

02:27 PM – 02:42 PM FBI SA Gabriela Dye

Government's Exhibits:

Defendant's Exhibits: